# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID T YOUNG,

        Plaintiff,

        v.

JO ANNE B BARNHART,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C04-5326JKA

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

COURT AFFIRMS THE SOCIAL SECURITY ADMINISTRATION'S FINAL DECISION AND THIS MATTER IS **DISMISSED** IN FAVOR OF THE DEFENDANT.

May 19, 2005  
Date

BRUCE RIFKIN  
District Court Executive

s/Kelly A Miller  
By Kelly A Miller, Deputy Clerk